UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURE CHANNELS, INC., a California Corporation,

    Plaintiff,

v.

ROBERT COLERIDGE, a Washington resident, and Coleridge Enterprises LLC, a Washington Limited Liability Company

    Defendant.

No. C16-01306 RSM

**STIPULATED MOTION AND ORDER FOR DISMISSAL**

The parties jointly move under Civil Rule 41(a)(1)(ii) for a stipulated order dismissing this case with prejudice and with each party bearing its own attorney's fees and costs.

DATED this 15th day of August, 2017.

| Northwest Business Law LLC | LANE POWELL PC |
|---|---|
| /s/ Eric Helmy | /s/ David C. Spellman |
| Eric Helmy | David C. Spellman, WSBA #15884 |
| WSBA #43554 | Paul D. Swanson, WSBA #13656 |
| Attorney for Plaintiff Secure Channels, Inc. | Tiffany Scott Connors, WSBA #41740 |
| | Attorneys for Defendants Robert Coleridge and Coleridge Enterprises, LLC |

STIPULATED MOTION AND ORDER OF DISMISSAL - 1
No. CV-16-01306-RSM

130281.0001/7044454.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

The case is dismissed with prejudice and with each party bearing its own attorney fees, costs, and expenses.

DATED this 16th day of August 2017.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

/s/ *David C. Spellman*
David C. Spellman, WSBA #15884
Paul D. Swanson, WSBA #13656
Tiffany Scott Connors, WSBA #41740
Attorneys for Defendants Robert Coleridge
and Coleridge Enterprises, LLC

Northwest Business Law LLC

/s/ *Eric Helmy*
Eric Helmy, WSBA #43554
Attorney for Plaintiff Secure Channels, Inc.

STIPULATED MOTION FOR
ORDER FOR DISMISSAL - 2
No. CV-16-01306-RSM
130281.0001/7044454.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107